# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMOTO GIKEN CO. LTD.,<br>a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORIO MITSUOKA, an individual;<br>GLOBAL SALES GROUP CO.,<br>a Washington corporation,<br><br>Defendants. | Case No.: CV 16-5884-DMG (MRWx)<br><br>**ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a) [40]** |

Currently pending before this Court is the parties' Stipulated Dismissal With Prejudice Pursuant to Rule 41(a). The stipulated motion is **GRANTED**. The Court orders that all claims by Plaintiff are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 29, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE